**RECEIVED**

DEC 15 2005


# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SALLY M. MAYON | CIVIL ACTION NO. 05-0196 |
| VS. | JUDGE HAIK |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and that this case is **REMANDED** under the fourth sentence of 42 U.S.C. § 405(g), and upon remand, the ALJ shall conduct a *de novo* hearing and review.[1]

Lafayette, Louisiana this 11 day of January, 2006.

**RICHARD T. HAIK**
UNITED STATES DISTRICT COURT

---

[1] Any judgment entered herewith will be a "final judgment" for purposes of the Equal Access to Justice Act (EAJA). See, Richard v. Sullivan, 955 F.2d 354 (5th Cir. 1992) and Shalala v. Schaefer, 509 U.S. 292 (1993).